IT IS FURTHER ORDERED that appellant's merit brief shall be filed within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1231.  State v. Shondrick.**

Medina App. No. 3216–M, 2002-Ohio-2439. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Medina County.

IT IS ORDERED by the court, sua sponte, that this cause be consolidated with Supreme Court case No. 2002–1147, *State v. Shondrick*, Medina App. No. 3216–M, 2002-Ohio-2439.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–1147 and 2002–1231 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.

IT IS FURTHER ORDERED that appellant's merit brief shall be filed within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1259.  Neff Motivation, Inc. v. LaGrou.**

Darke App. No. 01–CA–1560, 2002-Ohio-2788. This cause is pending before the court as a discretionary appeal. On September 10, 2002, this court issued an entry staying proceedings in this matter upon the Suggestion of Bankruptcy filed by appellant. On October 28, 2002, appellee filed a Notice of Relief from Stay, which included an order by the United States Bankruptcy Court for the District of Nebraska granting relief from the federal stay for purposes of continuing proceedings in this matter. Upon consideration thereof,

IT IS ORDERED by the court that the stay granted in this court's September 10, 2002 entry be, and hereby is, terminated.

IT IS FURTHER ORDERED by the court, sua sponte, that appellee may file its memorandum in response in accordance with S.Ct.Prac.R. III(3) on or before November 14, 2002.

## MISCELLANEOUS DISMISSALS

**2002–1224.  State ex rel. Pennington v. Indus. Comm.**

Franklin App. No. 01AP–1155, 2002-Ohio-3059. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**2002–1368.  State ex rel. Stringer v. Hamilton Plastics.**

Franklin App. No. 01AP–1157, 2002-Ohio-3255. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1627.  State ex rel. Ignatious v. Indus. Comm.**

Franklin App. No. 01AP–982, 2002-Ohio-4014.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1553.  State ex rel. Lampley v. GM Assembly Div.–GMC.**

Franklin App. No. 01AP–1230, 2002-Ohio-3888.